FRANK PEPPER, Appellant, v. PENN-DIXIE CEMENT CORPORATION, Respondent.—

Christ, P. J., Rabin, Munder, Latham and Kleinfeld, JJ., concur.